

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2021

No. 04-20-00311-CV

Margaret Fay **GUIDRY**,
Appellant

v.

Edward James **GUIDRY**, Jr.,
Appellee

From the 452nd District Court, Menard County, Texas
Trial Court No. 2018-05589
James L. Rex, Judge Presiding

## C O R R E C T E D   O R D E R

On January 29, 2021, we issued an order instructing appellant to file a copy of her written request for the reporter's record and payment arrangements with the court reporter within ten days. Appellant timely responded. It is therefore ORDERED that the reporter's record is due to be filed in this court no later than ***thirty (30) days*** from the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court